### PARKER & HASTINGS *vs.* SNELL.

*A reference* will not be ordered, where there are but *four items* of an account.

IN this case the court refused to *refer* a cause on the motion of the plaintiffs, where, from their bill of particulars, it appeared there were but *four items* of an account.